IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HELM and DIANA HELM, | : | |
|     Plaintiffs | : | CIVIL ACTION NO. 12-6777 |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY, | : | |
|     Defendant | : | |

## ORDER

AND NOW, this 15th day of August 2013, upon review of Defendant's Motion for Partial Summary Judgment [Doc. No. 9], and Plaintiffs' response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion is GRANTED, and Plaintiffs' bad faith claim (Count II) is dismissed with prejudice.

It is so ORDERED.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.